Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey

401 Market Street
Camden, NJ 08102

---

Case No.:  23–18062–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lori A Karr
   aka Lori A Stefanou
   1632 Charter Oak Avenue
   Blackwood, NJ 08012

Social Security No.:
   xxx–xx–7590

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              12/20/23
Time:              10:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper
Street, Camden, NJ 08101–2067

       An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens
under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served
seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection
to the confirmation.

       **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case
may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 18, 2023
JAN:

                    Jeanne Naughton
                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 23-18062-JNP

Lori A Karr                                                               Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 19, 2023 | Form ID: 132 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lori A Karr, 1632 Charter Oak Avenue, Blackwood, NJ 08012-5008 |
| 520024886 | + | Fed Loan Servicing, FedLoan Servicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 520024895 | + | Quorum Federal Credit, Po Box 77404, Ewing, NJ 08628-6404 |
| 520024901 | + | Virtua, 303 Lippincott Drive, 4th Floor, Marlton, NJ 08053-4160 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 19 2023 21:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 19 2023 21:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520024868 | + | Email/Text: customercare@adminrecovery.com | Sep 19 2023 21:33:00 | Admin recovery, 6225 Sheridan Dr., Ste 118, Buffalo, NY 14221-4800 |
| 520024869 | | Email/Text: bankruptcy@alliantcreditunion.com | Sep 19 2023 21:33:00 | Alliant Credit Union, Attn: Bankruptcy, 11545 E Touhy Ave, Chicago, IL 60666 |
| 520024870 | + | Email/Text: broman@amhfcu.org | Sep 19 2023 21:32:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 520024871 | ^ | MEBN | Sep 19 2023 21:30:52 | Apex Asset Management, 2501 Oregon Pike, Ste 102, Lancaster, PA 17601-4890 |
| 520024872 | + | Email/Text: bk@avant.com | Sep 19 2023 21:33:00 | Avant, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 520024873 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 19 2023 21:31:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520024874 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 19 2023 21:32:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 520024876 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Sep 19 2023 21:51:07 | Best Egg, 1523 Concord Pike, Suite 201, Wilmington, DE 19803-3656 |
| 520024877 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 19 2023 22:17:32 | Capital One NA, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520024878 | + | Email/Text: clientservices@credit-control.com | Sep 19 2023 21:32:00 | Central Loan, Attn: Bankruptcy, P.O. Box 77404, Ewing, NJ 08628-6404 |
| 520024880 | + | Email/Text: mediamanagers@clientservices.com | Sep 19 2023 21:31:00 | Client Services, Inc., 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 520024881 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 19 2023 21:32:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
| Date Rcvd: Sep 19, 2023 | Form ID: 132 | Total Noticed: 40 |

| | | | |
|---|---|---|---|
| 520024882 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 19 2023 21:51:09 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 520024885 | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 19 2023 21:31:00 | Dovenmuehle Mortgage, Inc/Cross Country, Attn: Bankruptcy, 1 Corporate Dr. St 360, Lake Zurich, IL 60047 |
| 520024889 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 19 2023 22:03:14 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 520024883 | + Email/Text: deptbankruptcy@deltacommunitycu.com | Sep 19 2023 21:32:00 | Delta Community Credit, 1025 Virginia Ave, Atlanta, GA 30354-1319 |
| 520024884 | + Email/Text: mrdiscen@discover.com | Sep 19 2023 21:31:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520024887 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 19 2023 21:32:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520024879 | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 19 2023 21:51:46 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 520024888 | + Email/Text: PBNCNotifications@peritusservices.com | Sep 19 2023 21:31:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520024890 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 19 2023 21:32:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 520024891 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 19 2023 21:32:00 | Midland Credit Management, Inc., 8875 Aero Drive, San Diego, CA 92123-2255 |
| 520024892 | + Email/Text: nsm_bk_notices@mrcooper.com | Sep 19 2023 21:31:00 | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 520024893 | + Email/Text: nsm_bk_notices@mrcooper.com | Sep 19 2023 21:31:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 520024875 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 19 2023 21:31:00 | BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233 |
| 520024894 | Email/Text: banko@preferredcredit.com | Sep 19 2023 21:31:00 | Preferred Credit Inc, Po Box 1970, St Cloud, MN 56301 |
| 520024898 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 19 2023 21:31:00 | State of New Jersey Division of Taxation, P.O. Box 254, Trenton, NJ 08695-0245 |
| 520024896 | + Email/PDF: pa_dc_claims@navient.com | Sep 19 2023 22:17:32 | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 520024897 | + Email/Text: enotifications@santanderconsumerusa.com | Sep 19 2023 21:33:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 520024899 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 19 2023 21:51:05 | Synchrony Bank/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520024900 | Email/Text: bankruptcy@td.com | Sep 19 2023 21:32:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 520024902 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 19 2023 21:51:24 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 520024903 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 19 2023 21:51:08 | Wells Fargo Home Mortgage, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 520024904 | + Email/Text: bkfilings@zwickerpc.com | Sep 19 2023 21:33:00 | Zwicker & Associates, 80 Minuteman Road, Andover, MA 01810-1008 |

TOTAL: 36

# BYPASSED RECIPIENTS

District/off: 0312-1                              User: admin                              Page 3 of 3
Date Rcvd: Sep 19, 2023                           Form ID: 132                       Total Noticed: 40

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brad J. Sadek | on behalf of Debtor Lori A Karr bradsadek@gmail.com<br>bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3