Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−18062−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Lori A Karr
  aka Lori A Stefanou
  1632 Charter Oak Avenue
  Blackwood, NJ 08012

Social Security No.:
  xxx−xx−7590

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 21, 2024.

Dated: March 21, 2024
JAN: cm

Jeanne Naughton
Clerk

United States Bankruptcy Court<br>District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-18062-JNP |
| Lori A Karr | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 21, 2024 | Form ID: plncf13 | Total Noticed: 55 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lori A Karr, 1632 Charter Oak Avenue, Blackwood, NJ 08012-5008 |
| 520177567 | + | Cenlar Fsb as Servicer for Apple FCU, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 520177568 | + | Cenlar Fsb as Servicer for Apple FCU, 425 Phillips Blvd., Ewing, NJ 08618, Cenlar Fsb as Servicer for Apple FCU, 425 Phillips Blvd. Ewing, NJ 08618-1430 |
| 520024886 | + | Fed Loan Servicing, FedLoan Servicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 520024895 | + | Quorum Federal Credit, Po Box 77404, Ewing, NJ 08628-6404 |
| 520024901 | + | Virtua, 303 Lippincott Drive, 4th Floor, Marlton, NJ 08053-4160 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 21 2024 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 21 2024 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520024868 | + | Email/Text: customercare@adminrecovery.com | Mar 21 2024 21:12:00 | Admin recovery, 6225 Sheridan Dr., Ste 118, Buffalo, NY 14221-4800 |
| 520199337 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 21 2024 21:08:52 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 520024869 | | Email/Text: bankruptcy@alliantcreditunion.com | Mar 21 2024 21:12:00 | Alliant Credit Union, Attn: Bankruptcy, 11545 E Touhy Ave, Chicago, IL 60666 |
| 520024870 | + | Email/Text: jvalencia@amhfcu.org | Mar 21 2024 21:12:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 520024871 | ^ | MEBN | Mar 21 2024 21:00:43 | Apex Asset Management, 2501 Oregon Pike, Ste 102, Lancaster, PA 17601-4890 |
| 520024872 | + | Email/Text: bk@avant.com | Mar 21 2024 21:12:00 | Avant, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 520024873 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 21 2024 21:10:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520024874 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 21 2024 21:11:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 520024876 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Mar 21 2024 21:09:40 | Best Egg, 1523 Concord Pike, Suite 201, Wilmington, DE 19803-3656 |
| 520094081 | | Email/Text: BKelectronicnotices@cenlar.com | Mar 21 2024 21:11:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |

Case 23-18062-JNP   Doc 27   Filed 03/23/24   Entered 03/24/24 00:16:07   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 21, 2024 | Form ID: plncf13 | Total Noticed: 55 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520034270 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 21 2024 21:09:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520024877 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 21 2024 21:09:46 | Capital One NA, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520024878 | + | Email/Text: clientservices@credit-control.com | Mar 21 2024 21:12:00 | Central Loan, Attn: Bankruptcy, P.O. Box 77404, Ewing, NJ 08628-6404 |
| 520063601 | | Email/Text: bnc-quantum@quantum3group.com | Mar 21 2024 21:12:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 520024880 | + | Email/Text: mediamanagers@clientservices.com | Mar 21 2024 21:10:00 | Client Services, Inc., 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 520024881 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 21 2024 21:12:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520024882 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 21 2024 21:08:52 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 520191063 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 21 2024 21:11:00 | Cross Country Mortgage, PO Box 619096, Dallas, TX 75261-9741, Cross Country Mortgage, PO Box 619096, Dallas, TX 75261-9096 |
| 520191062 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 21 2024 21:11:00 | Cross Country Mortgage, PO Box 619096, Dallas, TX 75261-9096 |
| 520093948 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Mar 21 2024 21:11:00 | CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520024885 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Mar 21 2024 21:11:00 | Dovenmuehle Mortgage, Inc/Cross Country, Attn: Bankruptcy, 1 Corporate Dr. St 360, Lake Zurich, IL 60047 |
| 520024889 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 21 2024 21:20:52 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 520024883 | + | Email/Text: deptbankruptcy@deltacommunitycu.com | Mar 21 2024 21:11:00 | Delta Community Credit, 1025 Virginia Ave, Atlanta, GA 30354-1319 |
| 520030673 | | Email/Text: mrdiscen@discover.com | Mar 21 2024 21:10:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520024884 | + | Email/Text: mrdiscen@discover.com | Mar 21 2024 21:10:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520030831 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 21 2024 21:09:21 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520024887 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 21 2024 21:11:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520024879 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 21 2024 21:20:50 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 520044261 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 21 2024 21:11:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520024888 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 21 2024 21:10:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520024890 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 21 2024 21:11:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 520024891 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 21 2024 21:12:00 | Midland Credit Management, Inc., 8875 Aero Drive, San Diego, CA 92123-2255 |
| 520068110 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 21 2024 21:12:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520024892 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 21 2024 21:11:00 | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |

Case 23-18062-JNP    Doc 27    Filed 03/23/24    Entered 03/24/24 00:16:07    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 21, 2024 | Form ID: plncf13 | Total Noticed: 55 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520024893 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 21 2024 21:11:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 520024875 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 21 2024 21:10:00 | BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233 |
| 520082576 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 21 2024 21:10:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 520024894 | | Email/Text: banko@preferredcredit.com | Mar 21 2024 21:10:00 | Preferred Credit Inc, Po Box 1970, St Cloud, MN 56301 |
| 520024898 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 21 2024 21:10:00 | State of New Jersey Division of Taxation, P.O. Box 254, Trenton, NJ 08695-0245 |
| 520024896 | + | Email/PDF: pa_dc_claims@navient.com | Mar 21 2024 21:21:27 | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 520024897 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 21 2024 21:12:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 520024899 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 21 2024 21:21:28 | Synchrony Bank/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520024900 | | Email/Text: bankruptcy@td.com | Mar 21 2024 21:12:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 520037794 | ^ | MEBN | Mar 21 2024 21:01:47 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 520024902 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 21 2024 21:21:29 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 520024903 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 21 2024 21:09:21 | Wells Fargo Home Mortgage, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 520024904 | + | Email/Text: bkfilings@zwickerpc.com | Mar 21 2024 21:13:00 | Zwicker & Associates, 80 Minuteman Road, Andover, MA 01810-1008 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 520048870 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2024                    Signature:    /s/Gustava Winters

District/off: 0312-1     User: admin     Page 4 of 4
Date Rcvd: Mar 21, 2024     Form ID: plncf13     Total Noticed: 55

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Brad J. Sadek | on behalf of Debtor Lori A Karr bradsadek@gmail.com<br>bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Denise E. Carlon | on behalf of Creditor Apple FCU dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Quorum Federal Credit Union dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jessica Ann Berry | on behalf of Creditor CrossCountry Mortgage LLC bankruptcy@gmlaw.com |
| Robert P. Saltzman | on behalf of Creditor CrossCountry Mortgage LLC dnj@pbslaw.org |
| Stuart H. West | on behalf of Creditor CrossCountry Mortgage LLC swest@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8