# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### Case Number: 23-18062 (JNP)

Lori A. Karr
1632 Charter Oak Avenue
Blackwood, NJ  08012

Monthly Payment: $1,055.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

### For the period of 01/01/2025 to 12/31/2025
### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/02/2025 | $1,055.00 | 01/31/2025 | $1,055.00 | 02/28/2025 | $1,055.00 | 04/02/2025 | $1,055.00 |
| 05/02/2025 | $1,055.00 | 06/02/2025 | $1,055.00 | 07/02/2025 | $1,055.00 | 08/04/2025 | $1,055.00 |
| 09/03/2025 | $1,055.00 | 10/02/2025 | $1,055.00 | 11/03/2025 | $1,055.00 | 12/02/2025 | $1,055.00 |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | LORI A. KARR | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BRAD J. SADEK, ESQUIRE | 13 | $2,990.00 | $2,990.00 | $0.00 | $2,990.00 |
| 1 | ADMIN RECOVERY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ALLIANT CREDIT UNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN HERITAGE F.C.U. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | APEX ASSET MANAGEMENT, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | AVANT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | BBVA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | BARCLAYS BANK DELAWARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $12,152.88 | $1,393.45 | $10,759.43 | $495.13 |
| 10 | CAPITAL ONE, N.A. | 33 | $11,836.96 | $1,357.22 | $10,479.74 | $482.25 |
| 11 | CENTRAL LOAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | JPMORGAN CHASE BANK, N.A. | 33 | $7,884.82 | $904.07 | $6,980.75 | $321.24 |
| 13 | CLIENT SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $2,888.91 | $331.24 | $2,557.67 | $117.70 |
| 15 | CREDIT ONE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | DELTA COMMUNITY CREDIT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | DISCOVER BANK | 33 | $12,600.96 | $1,444.83 | $11,156.13 | $513.39 |
| 18 | CROSSCOUNTRY MORTGAGE, LLC | 24 | $2,119.91 | $2,119.91 | $0.00 | $2,119.91 |
| 19 | FED LOAN SERVICING | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | INTERNAL REVENUE SERVICE | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | KOHLS/CAPITAL ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | CITIBANK, N.A. | 33 | $1,047.13 | $113.61 | $933.52 | $42.66 |
| 23 | VELOCITY INVESTMENTS, LLC | 33 | $20,374.13 | $2,336.10 | $18,038.03 | $830.08 |
| 24 | MIDLAND CREDIT MANAGEMENT, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | MR. COOPER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | MRC/UNITED WHOLESALE M | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | PREFERRED CREDIT INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | CENLAR, FSB | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | SALLIE MAE, INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | SANTANDER CONSUMER USA, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | STATE OF NEW JERSEY DIVISION OF TAXATION | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | SYNCHRONY BANK/HH GREGG | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | TD BANK, N.A. | 33 | $4,484.16 | $514.15 | $3,970.01 | $182.69 |
| 34 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | VIRTUA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | WELLS FARGO DEALER SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | WELLS FARGO HOME MORTGAGE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | AIDVANTAGE | 33 | $57,185.28 | $6,556.86 | $50,628.42 | $2,329.84 |
| 39 | BRAD J. SADEK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | JPMORGAN CHASE BANK, N.A. | 33 | $3,585.11 | $411.06 | $3,174.05 | $146.06 |
| 42 | PNC BANK, N.A. | 33 | $20,103.55 | $2,305.07 | $17,798.48 | $819.06 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2023 | 5.00 | $0.00 |
| 03/01/2024 | Paid to Date | $4,200.00 |
| 04/01/2024 | 54.00 | $1,055.00 |
| 10/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $12,660.00 |
| Total paid to creditors this period: | $11,390.01 |
| Undistributed Funds on Hand: | $955.95 |
| Arrearages: | $0.00 |
| Attorney: | BRAD J. SADEK, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**